IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 07-689-5 |
| JOHN MALLOY | |

### ORDER

**AND NOW,** this 25th day of October 2023, upon consideration of Defendant John Malloy's *pro se* Motion for Reconsideration, Motion to Reduce Sentence, and Petition to Unseal Sentence Hearing Transcripts, and upon review of the parties' responses and replies thereto, it is hereby **ORDERED** that:

1. Defendant's Motion for Reconsideration [Doc. No. 757] is **DENIED WITHOUT PREJUDICE** for the reasons stated in the accompanying Memorandum Opinion.

2. Defendant's "Motion to Reduce Sentence Pursuant to 18 U.S.C. 3582(c)(1)(A)(i)" [Doc. No. 766] is **DENIED WITHOUT PREJUDICE**. The denial is without prejudice to Defendant filing: (a) a new motion for compassionate release with his current medical records, updated information about his rehabilitation efforts, and confirmation that he has exhausted his administrative remedies; and/or (b) a habeas petition under 28 U.S.C. § 2255.

3. Defendant's "Petition to Unseal Sentence Hearing Transcripts" [Doc. No. 771] is **DENIED WITHOUT PREJUDICE**. Defendant may file a new unsealing request if he can show that the sealed records are relevant to arguments raised in an appropriate vehicle, *e.g.*, a § 2255 habeas petition asserting challenges to his underlying charges or sentence.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**